**Elvis George MOYER, Plaintiff— Appellant,**

v.

**SMURFIT–STONE CONTAINER CORPORATION, Defendant— Appellee.**

No. 04–1575.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 1, 2004.

Decided Oct. 26, 2004.

Elvis George Moyer, Appellant pro se. Fred Thurman Hamlet, Sr., Greensboro, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Elvis George Moyer appeals the district court's order awarding $3500 in attorneys fees to Defendant, the prevailing party in this Title VII action. *See* 42 U.S.C. § 2000e–5(k) (2000); Fed.R.Civ.P. 54(d). We conclude that the district court did not abuse its discretion, and we affirm on the reasoning of the district court. *See Moyer v. Smurfit–Stone,* No. CA–00–581 (M.D.N.C. Apr. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*